*In re* **FIFE**, James Harold III (MR 21190)
East Chicago, IN

632

Order of the Court:

The motion by James Harold Fife III to strike his name from the roll of attorneys licensed to practice law in Illinois pursuant to Supreme Court Rule 762(a) is allowed, effective immediately.